**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerome G Overstreet,<br><br>    Plaintiff,<br><br>v.<br><br>Living Spaces Furniture LLC,<br><br>    Defendant. | No. CV-23-00248-PHX-ROS<br><br>**ORDER** |

On May 12, 2023, Defendant filed a motion to dismiss for failure to state a claim. (Doc. 12). Plaintiff's opposition was due no later than May 26, 2023. No opposition was filed. Pursuant to Local Rule 7.2(i), Plaintiff's failure to file an opposition will "be deemed a consent to the . . . granting of the motion." Based on Defendant's motion, Plaintiff's claims are untimely by many years. Therefore, leave to amend would be futile.

Accordingly,

**IT IS ORDERED** the Motion to Dismiss (Doc. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter a judgment of dismissal with prejudice and close this case.

Dated this 5th day of June, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge